PETER A. URQUHART, an Infant, by TERESA WILSON, His Guardian ad Litem, Respondent, *v.* JOHN A. URQUHART, Appellant, et al., Defendants.

Argued September 29, 1947; decided November 13, 1947.

*Louis F. Huttenlocher* for appellant.

*Clifton F. Weidlich* for respondent.

*Edward Lazansky* and *Horace F. Callaghan* for Estelle Senor, *amicus curiæ,* in support of respondent's position.

Order affirmed, with costs. First and second questions certified answered in the affirmative. Third question certified not answered (as not being necessary). The question whether the second spouse is an indispensable party is not here presented (Civ. Prac. Act, §§ 192, 193), and we do not pass thereon. No opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, THACHER, DYE and FULD, JJ.